IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| COMMODITY FUTURES TRADING COMMISSION | ) |                                   |
|---------------------------------------|---|-----------------------------------|
|                                       | ) |                                   |
| v.                                    | ) | 03 CV 8571                        |
|                                       | ) | JUDGE AMY ST. EVE                 |
| KEITH W. KRYSINSKI,                   | ) |                                   |
|                                       | ) |                                   |
| Defendants.                           | ) |                                   |

## NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, January 22, 2004, at 9:00 a.m., the undersigned will appear before the Honorable Judge Amy St. Eve in Courtroom 1241, or any judge sitting in her stead, in the United States District Court Northern District of Illinois, Eastern Division, and then and there present the attached **Motion to Quash**, a copy of which is attached hereto and served upon you herewith.

Respectfully Submitted,

CURT HARTIG

By: _____
One of His Attorneys

Brandt R. Madsen
Joshua D. Johnson
MADSEN FARKAS & POWEN LLC
111 W. Washington, Suite 1550
Chicago, Illinois 60602
Phone: (312) 379-3444

## CERTIFICATE OF SERVICE

The undersigned attorney states on oath that she caused a copy of the foregoing **Notice of Motion** and **Curt Hartig's Motion to Quash** to be served upon the following parties, via facsimile and by depositing in the U.S. Mail located at 111 West Washington Street, Chicago, Illinois, 60602, a true and correct copy thereof in a sealed envelope, first class postage prepaid on the 19th day of January, 2004.

Joshua D. Johnson

## Service List

Jennifer S. Diamond
Elizabeth M. Streit
Rosemary Hollinger
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

Mr. Robert B. Christie
Henderson & Lyman
175 West Jackson Boulevard
Suite 240
Chicago, IL 60604
312-986-6960
312-986-6961, fax

William M. McErlean
Seidler & McErlean
One N. Wacker Drive
Suite 4125
Chicago, Illinois 60606
(312) 516-0700, phone
(312) 516-0709, fax

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | )<br>)<br>) |
| V. | ) 03 CV 8571<br>) JUDGE AMY ST. EVE<br>) |
| KEITH W. KRYSINSKI, | )<br>) |
| Defendants. | ) |

## MOTION TO QUASH

Now comes, Curt Hartig, by and through his counsel Brandt R. Madsen and Joshua D. Johnson of Madsen, Farkas & Powen, LLC, and moves this Court to quash the subpoenas issued by defendant, Keith Wilson Krysinski, to Petra Media Corporation, US Bank, and Chicago Financial Services, Inc.

1. Curt Hartig is a complaining witness in the above captioned matter, and has also been named as a defendant in a civil claim brought by the defendant, herein.

2. Subpoenas have been served on banks (US Bank), lenders (Chicago Financial Services, Inc.) and former employer (Petra Media Corporation) (See Exhibits A, B and C attached hereto).

3. Mr. Hartig has not filed an appearance in this matter. However, CFTC attorneys indicated they would not pursue a quashing of these subpoenas on behalf of Mr. Hartig. Thus, Hartig requests leave to appear and contest the subpoenas.



4. On January 16, 2004, co-witness, William Thomas and KwikTrading, filed a motion to quash similar subpoenas issues against those entities.

5. Hartig adopts and incorporates the arguments contained in the motion filed by and on behalf of William Thomas and Kwiktrading.

For all the foregoing reasons, Curt Hartig requests this court to quash the subpoenas issued to Petra Media Corporation, US Bank, and Chicago Financial Services, Inc.

Respectfully Submitted,

CURT HARTIG

By: _____
One of his Attorneys

Brandt R. Madsen
Joshua D. Johnson
Madsen, Farkas &Powen, L.L.C.
Suite 1550 Burnham Center
111 West Washington Street
Chicago, IL 60602
(312) 379-3444 phone
(312) 379-3443 facsimile
Atty. No.: 37934

# SEE CASE FILE FOR EXHIBITS