# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 12, 2004

Before

Hon. DANIEL A. MANION, Circuit Judge

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br>     Plaintiff-Appellee, <br><br> No. 04-1185             v. <br><br> KEITH W. KRYSINSKI, <br>     Defendant-Appellant. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 03 C 8571 <br> ] <br> ] Amy J. St. Eve, <br> ]     Judge. |

The following is before the court:

1.     MOTION TO MAINTAIN DOCUMENTS UNDER SEAL, filed on February 20, 2004, by counsel for appellant.

    Based on the movant's representation in #1 that the sealed document is not relevant to the issues on appeal, IT IS ORDERED that #1 is GRANTED to the extent that the in camera envelope referenced in this court's notice of February 12, 2004, shall be returned to the district court.