# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

DISMISSAL PER FRAP 42(b)

FILED
AUG 30 2004
MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Date: August 26, 2004

By the Court:

No. 04-1185

COMMODITY FUTURES TRADING COMMISSION,
    Plaintiff - Appellee

v.

KEITH W. KRYSINSKI,
    Defendant - Appellant

DOCKETED
AUG 30 2004

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 03 C 8571, Amy J. St. Eve, Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the parties on 8/25/04,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
Teste:

Christi Duffhelds
Clerk of the United States
Court of Appeals for the
Seventh Circuit.
deputy

43