# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMODITIES FUTURES TRADING COMMISSION, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO: 03 C 8571 ) ) |
| v. | ) Honorable Amy J. St. Eve ) |
| KEITH WILSON KRYSINSKI, | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

To: See attached service list

Please take notice that on May 6 at 8:30 a.m., I will appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241, 219 S. Dearborn Street, Chicago, IL and present the attached Motion to Intervene, a copy of which is hereby served upon you.

Dated: May 4, 2015                                              Respectfully submitted,


                                                            /s/Matthew J. Sullivan_____
                                                           His attorney

Matthew J. Sullivan
The Law Office of Matthew J. Sullivan
55 W. Wacker Drive, Suite 1400
Chicago, IL  60601
(312) 912-8012 (tel)
matt@sullivanlawchicago.com

I, Matthew J. Sullivan, an attorney certify that on May 4, 2015, the following individuals were with the forgoing Notice of Motion via the Court's electronic filing system.

>Jennifer Lynn Smrstik Diamond
>Email: jdiamond@cftc.gov
>
>Elizabeth M. Streit
>Email: estreit@cftc.gov
>
>Rosemary C. Hollinger
>Email: rhollinger@cftc.gov
>
>Jeffry Mark Henderson
>Email: hendersonj@gtlaw.com
>
>Robert B. Christie
>Email: christier@gtlaw.com

/s/Matthew J. Sullivan