**AMENDED CERTIFICATE OF SERVICE**

I, Matthew J. Sullivan, an attorney certify that on May 4, 2015, I caused a copy of William Thomas' Motion to Intervene to be served upon the following individuals via the Court's electronic filing system.

>Jennifer Lynn Smrstik Diamond
>Email: jdiamond@cftc.gov
>
>Elizabeth M. Streit
>Email: estreit@cftc.gov
>
>Rosemary C. Hollinger
>Email: rhollinger@cftc.gov
>
>Jeffry Mark Henderson
>Email: hendersonj@gtlaw.com
>
>Robert B. Christie
>Email: christier@gtlaw.com

Furthermore, on May 5, 2007, I caused a copy of William Thomas' Motion to Intervene to be served upon the following individual by depositing a copy of the same in the United States Mail postage prepaid to his last known address:

>Keith Wilson Krysinski
>1000 W. Washington Street
>Unit 504
>Chicago, IL 60607

>/s/Matthew J. Sullivan_____