# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMMODITIES FUTURES TRADING COMMISSION, ) ) ) | |
| ) | CIVIL ACTION NO: 03 C 8571 |
| Plaintiff, ) ) | |
| v. ) ) | Honorable Amy J. St. Eve |
| KEITH WILSON KRYSINSKI, ) ) | |
| Defendant. ) | |

## AMENDED NOTICE OF MOTION

To: See attached service list

Please take notice that on May 12 at 8:30 a.m., I will appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241, 219 S. Dearborn Street, Chicago, IL and present the attached Motion to Intervene, a copy of which is hereby served upon you.

Dated: May 5, 2015                                    Respectfully submitted,


                                                       /s/Matthew J. Sullivan_____
                                                      His attorney

Matthew J. Sullivan
The Law Office of Matthew J. Sullivan
55 W. Wacker Drive, Suite 1400
Chicago, IL  60601
(312) 912-8012 (tel)
matt@sullivanlawchicago.com

# **CERTIFICATE OF SERVICE**

I, Matthew J. Sullivan, an attorney certify that on May 5, 2015, the following individuals were served with the forgoing Amended Notice of Motion via the Court's electronic filing system.

>Jennifer Lynn Smrstik Diamond
>Email: jdiamond@cftc.gov
>
>Elizabeth M. Streit
>Email: estreit@cftc.gov
>
>Rosemary C. Hollinger
>Email: rhollinger@cftc.gov
>
>Jeffry Mark Henderson
>Email: hendersonj@gtlaw.com
>
>Robert B. Christie
>Email: christier@gtlaw.com

Furthermore, on May 5, 2007, I caused a copy of the foregoing Amended Notice of Motion to be served on the following individual by depositing a copy of the same in the United States Mail postage prepaid to his last known address:

>Keith Wilson Krysinski
>1000 W. Washington Street
>Unit 504
>Chicago, IL  60607

/s/Matthew J. Sullivan_____