# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

U.S. Commodity Futures Trading Commission

                                    Plaintiff,

v.                                                              Case No.: 1:03–cv–08571
                                                                Honorable Amy J. St. Eve

Keith Wilson Krysinski

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2015:

     MINUTE entry before the Honorable Amy J. St. Eve:Motion hearing held on 5/12/2015. Motion to intervene [48] is entered. Supplemental memorandum regarding jurisdiction shall be filed by 5/19/15. Ruling by mail. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.