# *United States District Court for the Northern District of Illinois*

Case Number: **03CV8571**        Assigned/Issued By: **DJ**

Judge Name:        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $400.00   ☐ $46.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $505.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
      (Type of Writ)

__2__ Original and __2__ copies on __09/29/15__ as to _____
                                     (Date)

SMITHAMUMDSEN LLC, CURT HARTIG (THIRD PARTIES)

NO NOTICES FILED.

---